

**SO ORDERED.**
**SIGNED this 18th day of October, 2019**

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| James Patrick Howell | CASE # 19-31753-SHB |
| 10330 North River Trail | CHAPTER 13 |
| Knoxville,TN  37922 | |
| SS #xxx-xx-3428 | |

SS #xxx-xx-

**ORDER DIRECTING INTERNAL REVENUE SERVICE TO TRANSMIT REFUND TO TRUSTEE**

   This above debtor(s) having filed a voluntary petition for relief in this Court pursuant to Chapter 13 of Title 11 of the United States Bankruptcy Code and further, as a provision of the Chapter 13 plan, having dedicated any tax refunds to which such debtor(s) may be entitled to fund such plan and this Court, being vested with the authority to direct such refunds be paid to the Trustee pursuant to 11 U.S.C. §1325(c) and 11 U.S.C. 105, it is therefore:

   **ORDERED** that the Internal Revenue Service transmit and pay to the Standing Chapter 13 Trustee:

> Chapter 13 Trustee
> c/o Gwendolyn M. Kerney, Trustee
> P.O. Box 228
> Knoxville, TN  37901

any and all tax refunds to which the debtor(s) might be entitled pending further orders of the Court.

# # #

APPROVED FOR ENTRY:


<u>s/ Gwendolyn M. Kerney</u>
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
P.O. Box 228
Knoxville, TN  37901
(865) 524-4995

cc:   Internal Revenue Service
      Ryan E. Jarrard, Attorney for Debtor(s)
      James Patrick Howell/