

SO ORDERED.
SIGNED this 21st day of July, 2021

THIS ORDER HAS BEEN ENTERED ON THE DOCKET.
PLEASE SEE DOCKET FOR ENTRY DATE.

_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION**

IN RE:  JAMES PATRICK HOWELL                    Case # 19-31753-SHB
                                                 Chapter 13
        Debtor(s)

_____

### ORDER DEEMING STUDENT LOAN CLAIM AS PAID IN FULL

Pursuant to the Motion by Chapter 13 Trustee to deem the debtor's student loan claim paid in full:

It is therefore **ORDERED** that James Patrick Howell's student loan claim filed by Northstar Education Finance, Inc. in the amount of $4,230.11, per proof of claim filed June 24, 2019, has been paid in full (Court Claim #06).

**###**

**APPROVED FOR ENTRY:**

s/ Gwendolyn M. Kerney  (by ml w/perm)
GWENDOLYN M. KERNEY, #07280
Chapter 13 Trustee
PO Box 228
Knoxville, TN  37901
865-524-4995